Shannon G. Splaine, Esq. (NV Bar No. 8241)
LINCOLN, GUSTAFSON & CERCOS, L.L.P.
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 257-1997
ssplaine@lgclawoffice.com
Attorneys for Defendant Focus Receivables Management, LLC

Danny J. Horen, Esq.
Spartan Law, LLC
7854 West Sahara Avenue
Las Vegas, NV  89117
Telephone: (702) 625-1539
Facsimile: (702) 548-4459
danny@spartanlaw.us
Attorney for Plaintiff, Sari Zagorski

UNITED STATES DISTRICT COURT

DISTRIC OF NEVADA

| | |
|---|---|
| SARI ZAGORSKI, individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>FOCUS RECEIVABLES MANAGEMENT, LLC,<br><br>　　　　　　　Defendant. | Case No.  2:16-cv-00723-JAD-CWH<br><br>SECOND JOINT STIPULATION TO EXTEND ANSWER DEADLINE |

NOW INTO COURT, through undersigned counsel, comes plaintiff, Sari Zagorski ("Plaintiff"), and Defendant, Focus Receivables Management, LLC ("Focus"), who files this Second Joint Stipulation to Extend the Answer deadline to the Complaint filed by Plaintiff, Sari Zagorski, and states:

1.  On or about April 1, 2016, Plaintiff filed her Complaint in this Honorable Court.

2.  On April 4, 2016, Plaintiff served her Complaint on Focus.

3.  Focus' original response deadline was April 25, 2016.

4.  Plaintiff, through counsel, originally agreed to allow Focus a 21 day extension, or until May 16, 2016, to file Responsive Pleadings to Plaintiff's Complaint.

5.  The parties have been in close contact and have exchanged information in furtherance of a speedy, amicable resolution.  The parties would like to continue to make a speedy, amicable resolution the focus for a short time longer.

6.  Consequently, Plaintiff, through counsel, has agreed to allow Focus an additional 30 day extension, or until June 15, 2016, so that the parties can focus their efforts on an amicable resolution before proceeding with litigation.

7.  There are no pending hearings or matters currently before the Court.

WHEREFORE, plaintiff, Sari Zagorski, and defendant, Focus Receivables Management, LLC, respectfully stipulate to and request this Court grant a second

extension through and including June 15, 2016, to file Responsive Pleadings to Plaintiff's Complaint, and for such other relief as this Court deems proper.

Dated: May 16, 2016.

/s/ Danny J. Horen  /s/ Shannon G. Splaine
_____  _____

| | |
|---|---|
| Danny J. Horen, Esq. | Shannon G. Splaine, Esq. |
| Spartan Law, LLC | (NV Bar No. 8241) |
| 7854 West Sahara Avenue | LINCOLN, GUSTAFSON & |
| Las Vegas, NV  89117 | CERCOS, L.L.P. |
| Telephone: (702) 625-1539 | 3960 Howard Hughes Parkway, |
| Facsimile: (702) 548-4459 | Suite 200 |
| danny@spartanlaw.us | Las Vegas, NV 89169 |
| Attorney for Plaintiff, | Telephone: (702) 257-1997 |
| Sari Zagorski | ssplaine@lgclawoffice.com |

and

James K. Schultz, Esq.
(NV Bar No. 10219)
SESSIONS, FISHMAN, NATHAN
& ISRAEL
55 W. Monroe St., Ste.1120
Chicago, IL  60603
Telephone: (312) 578-0990
jschultz@sessions-law.biz

Attorneys for Defendant,
Focus Receivables Management, LLC

James K. Schultz, Esq. (NV Bar No. 10219)
SESSIONS, FISHMAN, NATHAN & ISRAEL
55 W. Monroe St., Ste.1120
Chicago, IL  60603
Telephone: (312) 578-0990
jschultz@sessions-law.biz

Shannon G. Splaine, Esq. (NV Bar No. 8241)
LINCOLN, GUSTAFSON & CERCOS, L.L.P.
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 257-1997
ssplaine@lgclawoffice.com

Attorneys for Defendant Focus Receivables Management, LLC

UNITED STATES DISTRICT COURT

DISTRIC OF NEVADA

| | |
|---|---|
| SARI ZAGORSKI, individually and on Behalf of All Others Similarly Situated, | Case No. 2:16-cv-00723-JAD-CWH |
| Plaintiff, | ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND ANSWER DEADLINE |
| vs. | |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | |
| Defendant. | |

Having considered the Joint Stipulation of Plaintiff, Sari Zagorski, and Defendant, Focus Receivables Management, LLC's to Extend the Answer Deadline, IT IS SO ORDERED:

That Focus Receivables Management, LLC has up to and including June 15, 2016 to file responsive pleadings.

DATED: May 20, 2016            _____
                               UNITED STATES MAGISTRATE JUDGE