James K. Schultz, Esq. (NV Bar No. 10219)
SESSIONS, FISHMAN, NATHAN & ISRAEL
55 W. Monroe St., Ste.1120
Chicago, IL  60603
Telephone: (312) 578-0990
jschultz@sessions-law.biz

Shannon G. Splaine, Esq. (NV Bar No. 8241)
LINCOLN, GUSTAFSON & CERCOS, L.L.P.
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 257-1997
ssplaine@lgclawoffice.com

Attorneys for Defendant Focus Receivables Management, LLC

## UNITED STATES DISTRICT COURT

## DISTRIC OF NEVADA

| | |
|---|---|
| SARI  ZAGORSKI, individually and on Behalf of All Others Similarly Situated, ) ) | Case No.  2:16-cv-00723-JAD-CWH |
| )   Plaintiff, | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| )   vs. )   FOCUS RECEIVABLES MANAGEMENT, LLC, )   Defendant. ) | **ORDER** |

1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Sari Zagorski, and Defendant, Focus Receivables Management, LLC ("Focus"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Focus, with each side to bear its own fees and costs.

Dated: October 17, 2016

Respectfully submitted,

/s/ Danny Horen

_____

Danny Horen, Esq.
SPARTAN LAW
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 625-1539
Email: danny@spartanlaw.us

    and

Paul R. Connaghan
Tara D. Newberry
Connaghan Newberry Law Firm
7854 W. Sahara Avenue, Suite 206
Las Vegas, NV 89117
Telephone: (702) 608-4232
Facsimile:  (702) 946-1380
Email: pconnaghan@cnlawlv.com
Email: tnewberry@cnlawlv.com

Attorneys for Plaintiff,
Sari Zagorski

Shannon G. Splaine, Esq.
Lincoln Gustafson & Ceros
3960 Howard Hughes Parkway, Ste. 200
Las Vegas, NV 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
Email: ssplaine@lgclawoffice.com
Attorneys for Defendant,
Focus Receivables Management, LLC

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

_____

UNITED STATES DISTRICT JUDGE
Dated: October 18, 2016.